

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT M. SUTOR AND<br>TERESA Y. SUTOR | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | |
| FEDERAL EMERGENCY<br>MANAGEMENT AGENCY,<br>LIBERTY MUTUAL FIRE INSURANCE<br>COMPANY, AND M&N<br>ADJUSTING, INC. | : | NO. 06-1371 |
| | | |
| ROBERT M. SUTOR AND<br>TERESA Y. SUTOR | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | |
| FEDERAL EMERGENCY<br>MANAGEMENT AGENCY,<br>LIBERTY MUTUAL FIRE INSURANCE<br>COMPANY, AND PILOT<br>CATASTROPHE SERVICES, INC. | : | NO. 07-2477 |



### ORDER

AND NOW, this 9th day of July, 2009, upon consideration of the Motion for Summary Judgment of Defendant, M&N Adjusting, Inc. (06-1371, Doc. No. 21), and the Motion of Defendant, Pilot Catastrophe Services, Inc., to Dismiss Plaintiffs' Complaint Pursuant to F.R.C.P. 12(b)(6) and/or for a More Definite Statement Pursuant to F.R.C.P. 12(e) (07-2477, Doc. No. 15), it is ORDERED as follows:

1. The Motion for Summary Judgment of Defendant, M&N Adjusting, Inc. (06-1371, Doc. No. 21) is GRANTED.

2. Counts II and III of the 2006 Complaint (06-1371, Doc. No. 1) are DISMISSED.

3. The Motion of Defendant, Pilot Catastrophe Services, Inc., to Dismiss Plaintiffs' Complaint Pursuant to F.R.C.P. 12(b)(6) and/or for a More Definite Statement Pursuant to F.R.C.P. 12(e) (07-2477, Doc. No. 15) is GRANTED.

4. Counts II and III of the 2007 Complaint (07-2477, Doc. No. 1) are DISMISSED.

IT IS SO ORDERED.

BY THE COURT:

R. Barclay Surrick, J.

ENTERED
JUL 10 2009
CLERK OF COURT